## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEFON MORANT | : CIVIL ACTION NO. |
| | : 3:09CV2082 (JBA) |
| vs. | : |
| | : |
| COMMISSIONER OF CORRECTION | : June 18, 2015 |
| | : |

### MOTION TO DISMISS

Petitioner hereby moves that this case be dismissed under Fed. R. Civ. P. 41(a)(2), on the ground that on June 17, 2015, the Connecticut Superior Court modified petitioner's sentence from 70 years to 25 years and petitioner was released from the custody of the respondent Commissioner of Corrections.  He is not "in custody" at this time.   28 U.S.C. § 2254(a); 28 U.S.C. § 2241(c)(3). *Lackawanna County Dist. Attorney v. Coss,* 532 U.S. 394, 401 (2001) *Maleng v. Cook,* 490 U.S. 488, 490-91 (1989).   The parties agree that the state court's order resolves the issues presented here and this Court need take no further substantive action.

                  THE PETITIONER

                  By /s/ William M. Bloss
                      William M. Bloss, No. ct01008
                      Koskoff Koskoff & Bieder, P.C.
                      350 Fairfield Avenue
                      Bridgeport, CT 06604
                      TEL:  203-336-4421
                      FAX: 203-368-3244
                      Email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that on June 18, 2015, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the District of Connecticut's Local Rules, and/or the District of Connecticut's rules on Electronic Service upon the following parties and participants:

David M. Kutzner
Chief State Attorney Office
300 Corporate Place
Rocky Hill, CT 06067
860-258-5887
Fax: 860-258-5968
Email: david.kutzner@ct.gov

                                              /s/ William M. Bloss
                                              William M. Bloss