# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

STEFON MORANT

    v.                                                          Civil No. 3:09 cv 2082 (JBA)

COMMISSIONER

## **JUDGMENT**

This matter came before the Honorable Janet Bond Arterton, United States District Judge, on defendant's motion to dismiss. The Court has reviewed all of the papers filed in conjunction with the motion and on June 19, 2015, issued an electronic order granting the relief.

It is therefore ORDERED and ADJUDGED that judgment of dismissal shall enter for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 20th day of June, 2015.

                                        ROBERTA D. TABORA, CLERK
                                        By

                                        /s/

                                        Patricia A. Villano
                                        Deputy Clerk

EOD: 6/22/2015