# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

STEFON MORANT

    v.                                      Civil No.  3:09 cv 2082 (JBA)

COMMISSIONER

## **AMENDED JUDGMENT**

This matter came before the Honorable Janet Bond Arterton, United States District Judge, on petitioner's motion to dismiss.  The Court has reviewed all of the papers filed in conjunction with the motion  and on June 19, 2015, issued an electronic order granting the relief.

It is therefore ORDERED and ADJUDGED that judgment of dismissal shall enter and the case is closed.

Dated at New Haven, Connecticut, this 20th day of June, 2015.

                                      ROBERTA D. TABORA, CLERK
                                      By

                                      /s/

                                      Patricia A. Villano
                                      Deputy Clerk

EOD: <u>6/22/2015</u>